No. 263. GARRISON *v.* JOHNSTON, WARDEN. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit, and motion for leave to proceed further *in forma pauperis*, denied. *Or-*

*ville Chester Garrison, pro se.* No appearance for respondent.